### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL CASE NO. 10-00010-CG** |
| | ) | |
| **SADIE GOLDEN ALONZO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter is before the court on the defendant's unopposed motion to continue the current trial setting to the May, 2010 term to allow for settlement negotiations (Doc. 12).

Upon due consideration of the grounds offered by counsel, the motion to continue is hereby **GRANTED**.  The court finds that a continuance of the trial is appropriate pursuant to 18 U.S.C. § 3161(h)(7)(A), because the parties are attempting to negotiate a settlement that includes pretrial diversion, which takes longer to obtain approval for than an ordinary disposition.  The court finds that in this circumstance, the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.  Therefore, trial is hereby **CONTINUED** to the May 2010 criminal term, which commences with jury selection beginning on May 3, 2010.  The defendant is **ORDERED** to file a waiver of speedy trial **on or before March 23, 2010.**  No further continuances will be granted.

The clerk is directed to refer this matter to the Magistrate Judge to schedule a pretrial conference during April, 2010.

**DONE and ORDERED** this 17th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE